IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | No. C 15-04174 WHA |
| Plaintiff, | |
| v. | |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 98.207.155.101, | **ORDER EXTENDING DEADLINE TO EFFECTUATE SERVICE** |
| Defendant. / | |

A prior order extended the deadline to effectuate service to January 29. On January 29, plaintiff filed a motion seeking a further extension of that deadline, averring that it encountered a delay in that defendant deleted information from his or her social media account that plaintiff intended to rely on as circumstantial evidence that defendant connected to BitTorrent from the IP address above. Plaintiff shall have until **FEBRUARY 16** to effectuate service.

**IT IS SO ORDERED.**

Dated: February 2, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE