IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | No. C 15-04174 WHA |
| Plaintiff, | |
| v. | |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 98.207.155.101, | **ORDER GRANTING SEALING MOTION** |
| Defendant. | |

Plaintiff's motion for leave to file its amended complaint, summons, and return of service under seal is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: February 3, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE